# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| CATHERINE SPOON, on behalf of herself and all others similarly situated, <br><br> *Plaintiff* <br><br> v. <br><br> CORE ORTHO INNOVATIONS INC <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:26-cv-00595-S |

## AFFIDAVIT OF SERVICE

I, Jason Nobles, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on March 3, 2026, at 10:15 am. I delivered these documents to Core Ortho Innovations Inc in Natrona County, WY on March 5, 2026 at 3:19 pm at 5830 E 2nd St, 7000, Casper, WY 82609-4308 by leaving the following documents with Dee Dee (refused last name) who as Authorized Representative is authorized by appointment or by law to receive service of process for Core Ortho Innovations Inc.

Summons in a Civil Action, CLASS ACTION COMPLAINT, CIVIL COVER SHEET

Additional Description:
successful
Race: White, Sex: Female, Est. Age: 50-60's, Hair: Brown, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 9" to 6'.
Photograph: See Exhibit 1

Total Cost: $347.00

My name is George Gliem, I am 18 years of age or older, and my address is P.O. BOX 21015 CHEYENNE, WY 82003, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Natrona County, Casper__, __WY__ on __3/9/26__.

Jason Nobles
+1 307-634-7085

