**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| CATHERINE SPOON, on behalf of herself and all others similarly situated, | No. 26-cv-00595 |
| Plaintiff, | |
| v. | |
| CORE ORTHO INNOVATIONS INC | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

Dated: March 31, 2026

/s/ Anthony I. Paronich
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*